# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) ) ) |
| JAMES CLIFTON ROBINSON | ) CAUSE NUMBER 4:14 MC 354 CDP ) ) ) |

**ORDER**

This Court was advised on June 13, 2014 of a disciplinary matter that arose in a proceeding before the United States Bankruptcy Court for the Eastern District of Missouri involving Attorney James Clifton Robinson, a member of the bar of the Eastern District of Missouri. In the case of In Re: LaToya L. Steward (Cause # 11-46399-705), the Bankrutcpy Court imposed a suspension of Mr. Robinson's privilege to practice law before that Court, and referred the matter to the District Court for investigation of Attorney Robinson's conduct for possible disciplinary action pursuant to the District Court's Rules of Disciplinary Enforcement. That order also referred this matter as a complaint to the Missouri Office of Chief Disciplinary Counsel for investigation of Mr. Robinson under the Missouri Supreme Court's Rules of Professional Conduct.

**IT IS HEREBY ORDERED THAT** a disciplinary action shall be commenced in the matter of James Clifton Robinson, as recommended by the United States Bankruptcy Court. **IT IS FURTHER ORDERED THAT** proceedings in the District Court shall be stayed until such time as the Office of Chief Disciplinary Counsel has completed its investigation and presented its findings

and recommendation to the Missouri Supreme Court for final disciplinary action, if any. If disciplinary action is taken by the Missouri Supreme Court, this matter will resume in the District Court with an Order to Show Cause directing Mr. Robinson to demonstrate why reciprocal discipline should not be imposed by the District Court.

**SO ORDERED** this 30th day of June, 2014.

                                             Catherine D. Perry
                                             Chief United States District Judge